No. 793. PORTER, PRICE ADMINISTRATOR, *v.* WARNER HOLDING Co. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General McGrath* for petitioner. *R. H. Fryberger* and *George W. Townsend* for respondent.

No. 606. ODOM *v.* UNITED STATES. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Benjamin E. Pierce* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 782. BALLARD ET AL. *v.* UNITED STATES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Roland Rich Woolley, Ralph C. Curren* and *Joseph F. Rank* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 843. SECURITIES & EXCHANGE COMMISSION *v.* W. J. HOWEY Co. ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General McGrath* and *Roger S. Foster* for petitioner. *C. E. Duncan* and *George C. Bedell* for respondents.

No. 809. UNITED STATES *v.* LOVETT;
No. 810. UNITED STATES *v.* WATSON; and
No. 811. UNITED STATES *v.* DODD. March 25, 1946. Petition for writs of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United

States. *Edward B. Burling, Charles A. Horsky* and *Amy Ruth Mahin* for respondents. *John C. Gall* filed a brief on behalf of the Congress of the United States in support of the petition.

No. 892. ROTHENSIES, COLLECTOR OF INTERNAL REVENUE, *v.* ELECTRIC STORAGE BATTERY CO. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for petitioner. *Laurence H. Eldredge* and *Charles C. Norris, Jr.* for respondent.

No. 821. PYRAMID MOTOR FREIGHT CORP. *v.* ISPASS ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Charles Edward Cotterill* for petitioner. *John W. Scott* for respondents.

No. 848. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE *v.* GREEN ET AL.;

No. 849. VANSTON BONDHOLDERS PROTECTIVE COMMITTEE *v.* EARLY ET AL.;

No. 850. VANHORN BONDHOLDERS PROTECTIVE COMMITTEE *v.* GREEN ET AL.; and

No. 851. VANHORN BONDHOLDERS PROTECTIVE COMMITTEE *v.* EARLY ET AL. March 25, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of these applications. *George W. Jaques* and *LeWright Browning* for petitioner in Nos. 848 and 849. *Robert J. Bulkley* for petitioner in Nos. 850 and 851. *Oscar S. Rosner* for Green et al., and *Chas. I. Dawson* and *A. Shelby Winstead* for Early et al., respondents.